*Link to docs 26 & 27*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5416-GHK (RZx) | Date | September 25, 2009 |
|---|---|---|---|
| Title | *Tom Shepardson v. Skilled Healthcare Group, Inc., et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order re: Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel; Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel

    This matter is before us on City of Livonia Employees' Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel and Jerry's Pehlke, Jr.'s Motion for Appointment as Lead Plaintiff and Approval of Choice of Counsel ("Motions"). On September 24, 2009, we issued an Order transferring venue to the Southern Division for the Central District of California. Accordingly, on the court's own motion, the Motions, noticed for hearing on October 19, 2009, are **TAKEN OFF CALENDAR**, and their hearing date is **VACATED**. The Motions may be re-noticed once this case is re-assigned to a judge in the Southern Division.

    **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | IR for Bea |