Lionel Z. Glancy (#134180)
Marc L. Godino (#182689)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Laurence Rosen (#219683)
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Attorneys for Proposed Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| TOM SHEPARDSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SKILLED HEALTHCARE GROUP, INC., et al.,<br><br>　　　　　　Defendants. | No. CV 09-5416-DOC (RZx)<br><br><u>CLASS ACTION</u><br><br>STIPULATION REGARDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL; FILING AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |

WHEREAS, on July 24, 2007, Plaintiff Tom Shepardson filed the above-captioned action in the United States District Court for the Central District of California against Defendants Skilled Healthcare Group, Inc (Skilled Healthcare), its CEO and Chairman Boyd Hendrickson ("Hendrickson"), its former CFO John E. King ("King") and current CFO Devasis Ghose ("Ghose"); and the underwriters for Skilled Healthcare's IPO, Credit Suisse Securities LLC, Banc of America Securities LLC, The Bear Stearns Companies, Inc., Goldman, Sachs & Co., J.P. Morgan Securities, Inc., RBC Capital Markets Corporation, UBS Securities LLC and Scotia Capital (USA), Inc. (collectively the "Defendants"), alleging violations of federal securities laws;

WHEREAS, on September 22, 2007, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3) (the "PSLRA"), Plaintiffs Jerry Pehlke, Jr. (Pehlke) and City of Livonia Employees' Retirement System (CLERS) separately filed motions seeking appointment as Lead Plaintiff and approval of their selection of Lead Counsel;

WHEREAS, a hearing was held on October 19, 2009 before the Honorable David O. Carter to consider Pehlke's and CLERS' motions for appointment of lead plaintiff and lead counsel (the "Lead Plaintiff Hearing");

STIPULATION AND [PROPOSED] ORDER

WHEREAS, during the Lead Plaintiff Hearing, Pehlke and CLERS entered into an agreement wherein Pehlke and CLERS would serve together as Lead Plaintiffs and their choice of counsel would be Co-Lead Counsel;

WHEREAS, during the Lead Plaintiff Hearing, this Court consented to the above designation of Lead Plaintiffs and Co-Lead Counsel;

WHEREAS, as Lead Plaintiffs, Pehlke and CLERS intend on filing an amended complaint and anticipate that Defendants will move to dismiss the amended complaint;

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to set a schedule for the filing of an amended complaint and Defendants' response thereto;

THEREFORE, IT IS HEREBY STIPULATED, by and between Lead Plaintiffs and Defendants through their undersigned attorneys and subject to this Court's approval, the parties agree to the following schedule with respect to filing of (i) Lead Plaintiffs' amended complaint, (ii) Defendants' response to the amended complaint, and (iii) a briefing schedule in the event that Defendants file a motion to dismiss:

1. Defendants shall not answer or respond to the initial class action complaint filed in this matter.

2. Lead Plaintiffs shall file an amended class action complaint no later than sixty (60) days after the Court's Order approving this Stipulation.

3. Defendants shall answer or otherwise respond to the amended complaint no later than sixty (60) days after the filing of the amended complaint.

4. If Defendants respond to the amended complaint by filing a motion or motions to dismiss, Lead Plaintiffs shall respond to any motion to dismiss within forty-five (45) days after it is filed.

5. Any reply in support of any motion to dismiss shall be filed within forty-five (45) days after Lead Plaintiffs file their response.

Dated October 28 2009

THE ROSEN LAW FIRM, P.A.

_____
Laurence Rosen (#219683)

Phillip Kim
350 Fifth Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

**GLANCY BINKOW & GOLDBERG LLP**

*Lionel R. Glancy* (by permission)
Lionel Z. Glancy

Marc L. Godino
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
E-mail: info@glancylaw.com

*Proposed Co-Lead Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

Michele D. Johnson

650 Town Center Drive, Suite 2000
Costa Mesa, California 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com

*Attorneys for Defendants Skilled Healthcare Group, Inc., Boyd Hendrickson, John E. King, Devasis Ghose*

**KATTEN MUCHIN ROSENMAN LLP**

*[signature]*

Bruce G Vanyo

575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Fax: 212-940-8776
Email: bruce@kattenlaw.com

**KATTEN MUCHIN ROSENMAN LLP**

Marisa G Westervelt
Richard H Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Tel: (310) 788-4400
Fax: (310) 788-4471
Email: marisa.westervelt@kattenlaw.com
Email: richard.zelichov@kattenlaw.com

*Attorneys for Defendants Credit Suisse Securities, LLC, Banc of America Securities LLC, Goldman, Sachs & Co., J.P. Morgan Securities, Inc., The Bear Stearns Companies, Inc., RBC Capital Markets Corporation, UBS Securities LLC*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 3, 2009, I caused to be served the following document:

| 1 | STIPULATION REGARDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL; FILING AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |
|---|---|
| 2 | PROPOSED ORDER |

By posting this document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

Kenneth Joseph Catanzarite
kcatanzarite@catanzarite.com,jdevera@catanzarite.com_sumry

Michael M Goldberg
mmgoldberg@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,rmaniskas@glancylaw.com,dmacdiarmid@glancylaw.com

Richard H Zelichov     richard.zelichov@kattenlaw.com

Michele D Johnson
michele.johnson@lw.com,jana.roach@lw.com,#ocecf@lw.com

Laurence M Rosen     lrosen@rosenlegal.com

Marisa G Westervelt     marisa.westervelt@kattenlaw.com

Phillip Kim     pkim@rosenlegal.com

and also via MAIL upon the parties not registered as follows:

Bruce G Vanyo
Katten Muchin Rosenman LLP
575 Madison Avenue
New York NY 10022

---

ELECTRONIC PROOF.11 03 2009.WPD                CERTIFICATE OF SERVICE                Page 1

1  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 3, 2009, at Los Angeles, California.

***S/Dan Rann***
Dan Rann