Lionel Z. Glancy (#134180)
Marc L. Godino (#182689)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       info@glancylaw.com

Laurence Rosen (#219683)
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone:   (212) 686-1060
Facsimile:   (212) 202-3827
Email:       lrosen@rosenlegal.com
Email:       pkim@rosenlegal.com

*Attorneys for Proposed Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| TOM SHEPARDSON,<br><br>                        Plaintiff,<br><br>            v.<br><br>SKILLED HEALTHCARE GROUP, INC., et al.,<br><br>                        Defendants. | ) No. CV 09-5416-DOC (RZx)<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>) **[~~PROPOSED~~] ORDER RE:**<br>) **APPOINTMENT OF LEAD**<br>) **PLAINTIFF AND LEAD**<br>) **COUNSEL; FILING OF**<br>) **AMENDED COMPLAINT AND**<br>) **DEFENDANTS' RESPONSE**<br>) **THERETO**<br>)<br>)       NOTE: CHANGES MADE BY<br>)       THE COURT<br>)<br>)<br>)<br>)<br>)<br>) |

The Court has received and reviewed the parties' October 28, 2009 Stipulation for appointment of lead plaintiff and lead counsel, filing an amended complaint and defendants' response thereto (the "Stipulation").  Based upon the Stipulation, and for good cause shown, IT IS ORDERED THAT:

1)    This Order (the "Order") shall apply to the above-captioned action (the "Action")  and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Action (collectively, the "Consolidated Action").

2)    An original of this Order shall be filed by the Clerk in the this action.

3)    The Clerk electronically file this Order to all counsel of record in the Action.

4)    Every pleading in the Consolidated Action shall have the following caption:

| IN RE SKILLED HEALTHCARE GROUP, INC. SECURITIES LITIGATION | No. CV 09-5416-DOC (RZx) |
|---|---|

5)    Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action **upon application by counsel and Court approval thereof,**  and this Order shall apply thereto, unless a party objects. It is counsels' responsibility to file the appropriate Notice of Related Case(s).

6)     Plaintiffs Jerry Pehlke, Jr. and City of Livonia Employees'

Retirement System are appointed to serve as Lead Plaintiffs in the above-captioned

action, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

7)    The law firms of  Glancy Binkow & Goldberg LLP and The Rosen

Law Firm, P.A. are hereby approved as Co-Lead Counsel for the Class.  Co-Lead

Counsel shall provide general supervision of the activities of plaintiffs' counsel

and shall have the following responsibilities and duties to perform or delegate as

appropriate:

a)    to brief and argue motions;

b)    to initiate and conduct discovery, including, without limitation,

coordination of discovery with defendants' counsel, preparation of written

interrogatories, requests for admission and requests for production of documents;

c)    to direct and coordinate the examination of witnesses in

depositions;

d)    to act as spokesperson at pretrial conferences;

e)    to call and chair meetings of plaintiffs' counsel as appropriate

or necessary from time to time;

f)    to initiate and conduct any settlement negotiations with counsel

for Defendants;

g)    to provide general coordination of the activities of plaintiffs'

counsel and to delegate work responsibilities to selected counsel as may be

required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h)    to consult and employ experts;

i)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

j)    to perform such other duties as may be expressly authorized by further order of this Court.

8)    Defendants shall not answer or respond to the initial class action complaint filed in this matter.

9).    Lead Plaintiffs shall file an amended class action complaint no later than sixty (60) days after the Court's Order approving the Stipulation.

10)    Defendants shall answer or otherwise respond to the amended complaint no later than sixty (60) days after the amended complaint is filed.

11)    If Defendants respond to the amended complaint by filing a motion or motions to dismiss, Lead Plaintiffs shall respond to any motion to dismiss within **thirty (30)** days after it is filed.

12)    Any reply in support of any motion to dismiss shall be filed within forty-five (45) days after Lead Plaintiffs file their response.

1

**IT IS SO ORDERED**

2

DATED: November 10, 2009

3

4

By: _David O. Carter_

5

Honorable David O. Carter
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28