LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
MARC L. GODINO (#182689)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

LAURENCE ROSEN (SBN # 219683)
THE ROSEN LAW FIRM, P.A.
333 Grand Street, 25th Floor
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*
*[Additional Counsel Appear on Signature Pages]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE SKILLED HEALTHCARE GROUP, INC. SECURITIES LITIGATION | No. CV 09-5416-DOC (Rzx)<br><br>**DECLARATION OF MARC L. GODINO IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Trial Date:  None Set<br><br>Date:         June 21, 2010<br>Time:         8:30 a.m.<br>Jude: Hon.  David O. Carter<br>Courtroom: 9D |

I, Marc L. Godino, hereby declare as follows:

1. I am an attorney with the law firm of Glancy Binkow & Goldberg LLP, counsel of record for Lead Plaintiffs City of Livonia Employees' Retirement System and Jerry Pehlke, Jr., plaintiff Anna Feuerbach, and plaintiff Ann Feuerbach (collectively, "Plaintiffs") in the above-captioned action. I am admitted to practice law in the United States District Court for the Central District of California. I submit this declaration in connection with Plaintiffs' Request For Judicial Notice in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein.

2. I have attached hereto copies of the following documents:

Exhibit A: Current Report on Form 8-K, filed with the United States Securities and Exchange Commission ("SEC") on June 30, 2009, and which attaches as Exhibit 99.1 a, press release issued by Defendant Skilled Healthcare Group, Inc. ("Skilled Healthcare") and dated June 29, 2009;

Exhibit B: Statement of Changes in Beneficial Ownership on Form 4, which was filed with the SEC on May 15, 2007, on behalf of Brad Gibson by Skilled Healthcare's General Counsel Roland Rapp;

Exhibit C: Statement of Changes in Beneficial Ownership on Forms 4, filed with the SEC on May 22, 2007, on behalf of Defendants Boyd Hendrickson and Jose Lynch by Skilled Healthcare's General Counsel Roland Rapp;

Exhibit D: Relevant excerpts from Skilled Healthcare's Definitive Proxy Statement on Form DEF 14A, filed with the SEC on April 7, 2008, in advance of Skilled Healthcare's 2008 annual meeting of stockholders;

Exhibit E: Relevant excerpts from Skilled Healthcare's Annual Report for the fiscal year ended December 31, 2008, on Form 10-K filed with

|   |   |   |
|---|---|---|
| | | the SEC on February 25, 2009, and which attaches, as Exhibit 21 thereto, a list of Skilled Healthcare's subsidiaries; |
| | Exhibit F: | Relevant excerpts from Skilled Healthcare's Annual Report for the fiscal year ended December 31, 2007, on Form 10-K filed with the SEC on February 29, 2008; |
| | Exhibit G: | Relevant excerpts from Skilled Healthcare's Amended Quarterly Report for the fiscal quarter ended March 31, 2009, on Form 10-Q/A filed with the SEC on June 29, 2009; |
| | Exhibit H: | Relevant excerpts from Skilled Healthcare's Amended Annual Report for the fiscal year ended December 31, 2008, on Form 10-K/A filed with the SEC on June 29, 2009; |
| | Exhibit I: | Relevant excerpts from Financial Accounting Standards Board, Statement of Financial Accounting Standards No. 131, *Disclosures about Segments of an Enterprise and Related Information* (June 1997); and |
| | Exhibit J: | Relevant excerpts from Skilled Healthcare's Amendment No. 4 to Form S-1 on Form S-1/A filed with the SEC on April 27, 2007, which attaches, as Exhibit 10.10 thereto, a form Indemnification Agreement. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23th day of April, 2010, at Los Angeles, CA.

Dated: April 23, 2010          GLANCY BINKOW & GOLDBERG LLP

    *s/ Marc L. Godino*
Marc L. Godino
Lionel Z. Glancy
Robin B. Howald
1801 Avenue of the Stars, Suite 311

Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

Laurence Rosen, Esq. (SBN # 219683)
THE ROSEN LAW FIRM, P.A.
333 Grand Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

E. Powell Miller
MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
E-mail: epm@millerlawpc.com

Michael VanOverbeke
VANOVERBEKE MICHAUD &
TIMMONY, P.C.
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
Email: mvanoverbeke@vmtlaw.com

*Attorneys for Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA
LOCAL RULES AND ECF GENERAL ORDER NO. 08-02
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 23, 2010, I posted the following documents electronically to the ECF website of the United States District Court for the Central District of California:

**DECLARATION OF MARC L. GODINO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

on all ECF-registered parties in the action as listed below:

Kenneth Joseph Catanzarite
kcatanzarite@catanzarite.com,jdevera@catanzarite.com

Marc L Godino
mgodino@glancylaw.com

Michael M Goldberg
mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,rmaniskas@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

Michele D Johnson
michele.johnson@lw.com,ocecf@lw.com,jana.roach@lw.com

Phillip Kim
pkim@rosenlegal.com

Laurence M Rosen
lrosen@rosenlegal.com

Marisa G Westervelt
marisa.westervelt@kattenlaw.com

Richard H Zelichov
richard.zelichov@kattenlaw.com

and, upon all others not so-registered but instead listed below:

Bruce G Vanyo
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

1 **By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2010, at Los Angeles, California.

*s/Marc Godino*
Marc Godino