LIONEL Z. GLANCY (SBN #134180)
MARC L. GODINO (SBN #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

LAURENCE M. ROSEN (SBN # 219683)
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone:  (212) 686-1060
Facsimile:   (212) 202-3827
Email:      lrosen@rosenlegal.com

*Co Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE SKILLED HEALTHCARE GROUP, INC. SECURITIES LITIGATION** | Case No. CV09-5416 DOC (RZx) <br><br> Hon. David O. Carter <br><br> ORDER RE: SHORTENING TIME TO HEAR PLAINTIFFS' CONSENTED TO MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES |

1

1  The Court having received and reviewed the parties' September 2, 2010
2  Stipulation re: shortening time to hear Plaintiffs' consented to motion for
3  preliminary approval of Settlement  and good cause appearing, IT IS HEREBY
4  ORDERED THAT:

5  1. Plaintiffs' Preliminary Approval Motion currently scheduled for
6  October 4, 2010 is advanced to September 13, 2010 at 8:30 a.m.

8  Date:  September 8, 2010

        _____
        HON. DAVID O. CARTER
        U.S. DISTRICT JUDGE