LIONEL Z. GLANCY (#134180)
MARC L. GODINO (#182689)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

LAURENCE M. ROSEN (SBN 219683)
THE ROSEN LAW FIRM P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>SKILLED HEALTHCARE GROUP, INC. SECURITIES LITIGATION | Master File No. CV 09-5416-DOC (RZx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>CLASS ACTION<br><br>Hearing Date: December 6, 2010<br>Hearing Time: 8:30 A.M.<br>Hon. David O. Carter |

0

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Court's Preliminary Approval and Notice Order of September 13, 2010, on December 6, 2010, at 8:30 a.m., or as soon thereafter as counsel may be heard, at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, before the Honorable David O. Carter, United States District Judge, Plaintiffs, through their Counsel, will move for approval of the class action Settlement and the Plan of Allocation of settlement proceeds. Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulation and Agreement of Settlement dated August 30, 2010; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. An additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal is filed herewith.

//

//

//

//

//

//

| | |
|---|---|
| DATED: November 1, 2010 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM P.A.** |
| | /s/ Laurence M. Rosen<br>LAURENCE M. ROSEN (SBN 219683)<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>lrosen@rosenlegal.com |
| | -and- |
| | LIONEL Z. GLANCY (#134180)<br>MARC L. GODINO (#182689)<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, California 90067<br>Tel: (310) 201-9150<br>Fax: (310) 201-9160<br>Email: info@glancylaw.com |
| | *Co-Lead Counsel For Plaintiffs* |

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A. I am over the age of eighteen.

On November 1, 2010, I electronically filed the attached **PLAINTIFFS' NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 1, 2010.

        /s/ Laurence Rosen
        Laurence M. Rosen